UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   1/6/2026
```

---------------------------------------------------------------X

ATLANTIC RESOURCE PARTNERS HC LLC  :
d/b/a THE ATLANTIC GROUP,           :
                                    :
                        Plaintiff,  :
            -against-               :          25-CV-9146 (VEC)
                                    :
                                    :              ORDER
THE CONSORTIUM INC., JOHN DOE 1-10  :
AND ABC CO. 1-10 (said names being fictitious  :
and/or representing person(s) and/or business  :
entity(ies) whose name(s) are unknown,  :
                                    :
                        Defendants. :

---------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 6, 2025, Plaintiff filed a Complaint against Defendants The

Consortium Inc., John Doe 1-10, and ABC Co. 1-10 (said names being fictitious and/or

representing person(s) and/or business entity(ies) whose name(s) are unknown), Compl., Dkt. 3;

WHEREAS the Initial Pretrial Conference ("IPTC") in this action is scheduled for

January 9, 2026, *see* Dkt. 8;

WHEREAS Defendant The Consortium Inc. was duly served on November 25, 2025, *see*

Dkt. 11;

WHEREAS Defendant has neither answered the Complaint nor appeared in this action;

and

WHEREAS on January 6, 2026, the Clerk of Court issued a Certificate of Default upon

Plaintiff's request, *see* Dkt. 20;

IT IS HEREBY ORDERED that the IPTC scheduled for Friday, January 9, 2026, at

10:00 A.M., is ADJOURNED *sine die*.

2

IT IS FURTHER ORDERED that Plaintiff must move for default judgment by **Friday, January 23, 2026**.  Plaintiff is directed to **Attachment A** of the Undersigned's Individual Practices in Civil Cases for the Court's requirements for moving for default judgment.

**SO ORDERED.**

**Date:  January 6, 2026**
**New York, New York**

_____
        **VALERIE CAPRONI**
        **United States District Judge**