USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___3/2/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

ATLANTIC RESOURCE PARTNERS HC LLC       :
d/b/a THE ATLANTIC GROUP,               :
                                        :
                            Plaintiff,  :
            -against-                   :            25-CV-9146 (VEC)
                                        :
                                        :                ORDER
THE CONSORTIUM INC., JOHN DOE 1-10      :
AND ABC CO. 1-10 (said names being fictitious   :
and/or representing person(s) and/or business   :
entity(ies) whose name(s) are unknown,  :
                                        :
                            Defendants. :
----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 6, 2025, Plaintiff filed a Complaint against The Consortium Inc. ("Defendant"), John Doe 1-10, and ABC Co. 1-10 (said names being fictitious and/or representing person(s) and/or business entity(ies) whose name(s) are unknown), Compl., Dkt. 3;

WHEREAS Defendant was duly served on November 25, 2025, *see* Dkt. 11;

WHEREAS Defendant has neither answered the Complaint nor appeared in this action;

WHEREAS on January 6, 2026, the Clerk of Court issued a Certificate of Default upon Plaintiff's request, *see* Dkt. 20;

WHEREAS on January 21, 2026, Plaintiff timely moved for default judgment, *see* Dkt. 22, and submitted an affidavit of Alex Nam Seok Kim, Esq., and additional exhibits, in support thereof, *see* Dkts. 24, 24-1 to -7;

WHEREAS on January 28, 2026, the Court ordered that Defendant show cause why default judgment should not be entered in Plaintiff's favor at a hearing on Friday, February 27, 2026, *see* Dkt. 26;

WHEREAS Defendant did not appear at the hearing; and

WHEREAS Plaintiff's submissions in support of his motion for default judgment, *see* Dkts. 24, 24-1 to -7, are insufficient for the Court to accurately assess damages owed to Plaintiff;

IT IS HEREBY ORDERED that, as directed by the Court at the hearing on February 27, 2026, not later than **Friday, March 20, 2026**, Plaintiff must submit a notarized affidavit, sworn to by Plaintiff (or someone with actual knowledge), authenticating any documentary evidence submitted in support of Plaintiff's motion for default judgment, including, for example, any service agreement(s), invoice history(ies), and "book account" records related to the claims in this action.

IT IS FURTHER ORDERED that, not later than **Friday, March 20, 2026**, counsel for Plaintiff must submit an amended declaration, including supporting documentation and billing records, briefly describing (i) the nature and scope of the work Plaintiff's attorneys have completed on this matter, (ii) the number of hours spent on such work, and (iii) the reasonable hourly rate of each attorney that has billed time to this matter and for whom Plaintiff is seeking attorneys' fees.

**SO ORDERED.**

Date:  **March 2, 2026**
       **New York, New York**

**VALERIE CAPRONI**
**United States District Judge**

2