USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___3/27/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- X

ATLANTIC RESOURCE PARTNERS HC LLC      :
d/b/a THE ATLANTIC GROUP,                           :
                                                                          :
                                        Plaintiff,          :
                    -against-                                :          25-CV-9146 (VEC)
                                                                          :
                                                                          :          ORDER
THE CONSORTIUM INC., JOHN DOE 1-10    :
AND ABC CO. 1-10 (said names being fictitious  :
and/or representing person(s) and/or business   :
entity(ies) whose name(s) are unknown,            :
                                                                          :
                                        Defendants.    :

--------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 6, 2025, Plaintiff filed a Complaint against The Consortium

Inc. ("Defendant"), John Doe 1-10, and ABC Co. 1-10 (said names being fictitious and/or

representing person(s) and/or business entity(ies) whose name(s) are unknown), Compl., Dkt. 3;

WHEREAS Defendant was duly served on November 25, 2025, *see* Dkt. 11;

WHEREAS, to date, Defendant has neither answered the Complaint nor appeared in this

action;

WHEREAS on January 6, 2026, the Clerk of Court issued a Certificate of Default upon

Plaintiff's request, *see* Dkt. 20;

WHEREAS on January 21, 2026, Plaintiff timely moved for default judgment, *see* Dkt.

22, and submitted an affidavit of Alex Nam Seok Kim, Esq., and additional exhibits, in support

thereof, *see* Dkts. 24, 24-1 to -7;

WHEREAS on January 28, 2026, the Court ordered that Defendant show cause why default judgment should not be entered in Plaintiff's favor at a hearing on Friday, February 27, 2026, *see* Dkt. 26;

WHEREAS Defendant did not appear at the hearing; and

WHEREAS on March 12, 2026, at the Court's request, *see* Dkt. 28, Plaintiff supplemented its motion for default judgment by submitting (i) an updated affidavit of Alex Nam Seok Kim, Esq., sworn to on March 9, 2026, *see* Dkt. 29 ("Kim Decl."), (ii) an affidavit of Jeffrey Daitz, Esq., sworn to on March 9, 2026, *see* Dkt. 30 ("Daitz Decl."), and (iii) an affidavit of Richard Scardina, notarized and sworn to on March 9, 2026, *see* Dkt. 31 ("Scardina Decl."), in further support of Plaintiff's damages request, *see* Dkts. 22, 23, 24;

IT IS HEREBY ORDERED that judgment be entered in favor of Plaintiff ATLANTIC RESOURCE PARTNERS HC LLC d/b/a THE ATLANTIC GROUP, and against Defendant THE CONSORTIUM INC., in the amount of **$256,916.00**, as follows:

a. **$243,181.00**, reflecting the unpaid principal balance owed to Plaintiff for work completed pursuant to the terms of the Temporary Consulting Agreement, *see* Scardina Decl., Ex. A, and the Service Agreement, *id.*, Ex. B.

b. **$5,000.00**, reflecting the unpaid administrative fee owed to Plaintiff for failure to pay the principal balance within a thirty (30) day period, pursuant to the terms of the Temporary Consulting Agreement, *see id.*, Ex. A.

c. **$3,030.00**, reflecting reasonable legal fees[1] for professional services rendered in this matter by Alex Nam Seok Kim, Esq., *see* Kim Decl., Ex. A, and pursuant to the terms of the Temporary Consulting Agreement and the Service Agreement.

---

[1]    Based on a review of the Kim Declaration and supporting materials, *see* Dkt. 29, the Court has determined that a total of 10.1 hours at a rate of $300.00 per hour is reasonable for work completed on this matter by Mr. Kim.

d. **$5,100.00**, reflecting reasonable legal fees[2] for professional services rendered in this matter by Jeffrey Daitz, Esq., *see* Daitz Decl., Ex. A, and pursuant to the terms of the Temporary Consulting Agreement and the Service Agreement.

e. **$605.00**, reflecting other fees and costs incurred in this matter, and pursuant to the terms of the Temporary Consulting Agreement and the Service Agreement.

The Clerk of Court is respectfully directed to enter judgment for Plaintiff as directed herein and to CLOSE this case.

**SO ORDERED.**

**Date:  March 27, 2026**                                         **VALERIE CAPRONI**
**New York, New York**                              **United States District Judge**

---

[2]        Based on a review of the Daitz Declaration and supporting materials, *see* Dkt. 30, the Court has determined that a total of 10.2 hours at a rate of $500.00 per hour is reasonable for work completed on this matter by Mr. Daitz.