**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
ATLANTIC RESOURCE PARTNERS HC LLC
d/b/a THE ATLANTIC GROUP,

                            Plaintiff,

        -against-                                      25 **CIVIL** 09146 (VEC)

                                                       **JUDGMENT**

THE CONSORTIUM INC., JOHN DOE 1-10 AND
ABC CO. 1-10 (said names being fictitious and/or
representing person(s) and/or business entity(ies)
whose name(s) are unknown.,

                            Defendants.
------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 27, 2026, judgment is entered in favor of Plaintiff ATLANTIC RESOURCE PARTNERS HC LLC d/b/a THE ATLANTIC GROUP, and against Defendant THE CONSORTIUM INC., in the amount of $256,916.00, as follows: a.$243,181.00, reflecting the unpaid principal balance owed to Plaintiff for work completed pursuant to the terms of the Temporary Consulting Agreement, see Scardina Deel., Ex. A, and the Service Agreement, id, Ex. B. b.$5,000.00, reflecting the unpaid administrative fee owed to Plaintiff for failure to pay the principal balance within a thirty (30) day period, pursuant to the terms of the Temporary Consulting Agreement, see id., Ex. A. c.$3,030.00, reflecting reasonable legal fees for professional services rendered in this matter by Alex Nam Seok Kim, Esq., see Kim Deel., Ex. A, and pursuant to the terms of the Temporary Consulting Agreement and the Service Agreement. d.$5,100.00, reflecting reasonable legal fees for professional services rendered in this matter by Jeffrey Daitz, Esq., see Daitz Deel., Ex. A, and pursuant to the terms of the

Temporary Consulting Agreement and the Service Agreement. e.$605.00, reflecting other fees and costs incurred in this matter, and pursuant to the terms of the Temporary Consulting Agreement and the Service Agreement.

**Dated:** New York, New York

March 31, 2026

**TAMMI M. HELLWIG**

_____

**Clerk of Court**

**BY:**

_____

**Deputy Clerk**